UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding a Federal Officer)

On or about January 21, 2026, in the State and District of Minnesota, the defendant,

**JOSHUA DOYLE,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a Homeland Security Investigations employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 3, 2026

DANIEL N. ROSEN
United States Attorney

/s/    *John Arboleda*
BY:  JOHN ARBOLEDA
Special Assistant United States Attorney


SCANNED
FEB 03 2026
U.S. DISTRICT COURT MPLS