UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-80 (KMM/EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DOYLE,

Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR DUPLICITY**

The United States of America submits this response in opposition to Defendant's Motion to Dismiss for Duplicity. (ECF No.32).  The Government opposes this motion for the reasons set forth below.

The Defendant moves this Court to dismiss the information on the grounds that the Government's information filed on February 3, 2026, alleges a lack of clarity on Count 1 of the information.

This motion should be denied as moot. On April 13, 2026, the Government filed a Bill of Particulars clarifying the conduct being charged. (ECF No. 37). The Government's Bill of Particulars makes clear that one single offense of 18 U.S.C 111(a)(1) is being charged. As a result, the Government submits that the issue of duplicity is moot.

**[INTENTIONALLY LEFT BLANK]**

## CONCLUSION.

Based on the foregoing, the United States respectfully requests that the Court deny Doyle's Motion to Dismiss for Duplicity. (ECF No. 32).

Dated: April 13, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Jessica A. Stark*
BY: Jessica A. Stark
Attorney No.: 105544SC
Special Assistant U.S. Attorney
District of Minnesota
Email: Jessica.Stark@usdoj.gov
Phone: 202.230.4091

2