UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-80 (KMM/EMB)

UNITED STATES OF AMERICA,       )
                                )
        v.          Plaintiff,  )     **STATEMENT OF FACTS IN SUPPORT**
                                )     **OF EXCLUSION OF TIME UNDER THE**
JOSHUA DOYLE,                   )     **SPEEDY TRIAL ACT**
                                )
        Defendant.              )

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Joshua Doyle, the defendant in this case, agree to the following statement of facts in support of the exclusion of time under the Speedy Trial Act. I need additional time to consult with my attorney and continue negotiations with the Government.

Based on the above facts, I request the Court to exclude 180 days under the Speedy Trial Act. Specifically, I request that starting April 30, 2026, 180 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: May 15, 2026

_____
Joshua Doyle
Defendant

Dated: May 15, 2026

s/ Aaron Morrison
_____
AARON MORRISON
Attorney ID No: 0341241
Attorney for Mr. Doyle
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415