UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSHUA EDWARD DOYLE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 26-MJ-080 (KMM/EMB)<br><br>**MOTION FOR A CONTINUANCE** |

Joshua Doyle, through counsel, Aaron Morrison, moves this Court for an order continuing the case and all deadlines for 180 days. Mr. Doyle needs additional time to confer with counsel and complete negotiations with the Government about next steps.

The Government joins in this motion.

Dated: May 20, 2026

Respectfully submitted,

*s/ Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Mr. Doyle
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415