UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-80 (KMM/EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF SUBSTITUTION**

JOSHUA DOYLE,

Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Kristian Weir

Remove SAUSA

Jessica A. Stark

Dated: June 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Kristian Weir*
BY: Kristian Weir
Attorney No.: 0396771
Assistant U.S. Attorney